UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EMERY C. CONNER,

       Plaintiff,

                                                      Civil No. 07-6073-PK

     v.

                                                       JUDGMENT

MICHAEL J. ASTRUE,
COMMISSIONER, Social Security
Administration,

       Defendant.

Based on the Opinion and Order adopting the Findings and Recommendation [12],

IT IS ORDERED AND ADJUDGED that the Commissioner's decision that plaintiff Emery Conner is not entitled to benefits under Titles II and XVI of the Social Security Act is affirmed.  This case is DISMISSED with prejudice.

Dated this __14__ day of July, 2008.

                                                                   /s/ ANCER L. HAGGERTY
                                                                       ANCER L. HAGGERTY
                                                            UNITED STATES DISTRICT JUDGE